UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                           )  CASE NO. CR11-301-RAJ
    Plaintiff,             )
                           )
    v.                     )
                           )  DETENTION ORDER
JOSHUAH ALLEN WITT,        )
                           )
    Defendant.             )
_____)

Offense charged: Conspiracy to Intentionally Access a Protected Computer without Authorization with Intent to Defraud; Intentionally Causing and Attempting to Cause Damage to a Protected Computer and Thereby Causing Loss in Excess of $5,000; Accessing a Protected Computer without Authorization to Further Fraud; Access Device Fraud; Aggravated Identity Theft

Date of Detention Hearing: January 11, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably

DETENTION ORDER
PAGE -1

assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is before this Court pursuant to a Writ of Habeas Corpus ad Prosequendum. He would be returned to state custody if not detained by this Court.

2. Defendant was not interviewed by Pretrial Services. His background information is either unknown or unverified. His criminal record includes failures to appear for court. There is an active extraditable warrant from Eastern Washington. He is pending sentencing in King County Superior Court for burglary.

3. Defendant poses a risk of nonappearance due to lack of verification of background information, an active warrant, a history of failing to appear and a prior Escape conviction. He poses a risk of danger based on the nature and circumstances of the instance offense, prior criminal history, and a history of failing to comply.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 11th day of January, 2012.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3